# Exhibit 2



| | |
|---|---|
| **Service of Process Transmittal** | |
| 05/09/2017 | |
| CT Log Number 531193290 | |

| | |
|---|---|
| TO: | Diane Brown<br>Fidelity Investments<br>100 New Millennium Way, Building 3<br>Mail Zone NCW4D<br>Durham, NC 27709 |
| RE: | **Process Served in New York** |
| FOR: | Fidelity Investments Institutional Services Company, Inc.  (Domestic State: MA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Gary Lipson, Pltf. vs. International Business Machines Corporation and Fidelity Investments Institutional Services Company, Inc., Dfts. |
| DOCUMENT(S) SERVED: | Letter, Attachment(s), Summons, Complaint and Jury Demand |
| COURT/AGENCY: | Westchester County: Supreme Court, NY<br>Case # 567772017 |
| NATURE OF ACTION: | Employee Litigation - Wrongful Termination - In 2017 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, New York, NY |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 05/09/2017 postmarked: "Not Post Marked" |
| JURISDICTION SERVED : | New York |
| APPEARANCE OR ANSWER DUE: | Within 30 days after the service of this Summons, exclusive of the day of service |
| ATTORNEY(S) / SENDER(S): | Gary Lipson<br>20 N Broadway, N 266<br>White Plains, NY 10601<br>203-583-6737 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 05/09/2017, Expected Purge Date: 05/14/2017<br><br>Image SOP<br><br>Email Notification,  Legalwork Intake  legalworkintake@fmr.com |
| SIGNED: | C T Corporation System |
| ADDRESS: | 111 8th Ave Fl 13<br>New York, NY 10011-5213 |
| TELEPHONE: | 212-590-9070 |

Page 1 of  1 / MJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.