UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY LIPSON,<br><br>                              Plaintiff,<br><br>- against -<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION<br><br>                              Defendant. | No. 7:17-cv-04335-CS |

### NOTICE OF WITHDRAWAL OF CAITLIN D. BROWN AS COUNSEL OF RECORD AND [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that, I, Caitlin D. Brown, of the law firm Paul Hastings LLP, hereby withdraw as counsel of record for Defendant International Business Machines Corporation ("IBM"). I am withdrawing as counsel of record for Defendant because I am separating from Paul Hastings LLP. . I am neither retaining nor charging a lien in this matter. Defendant continues to be represented in this matter by the other counsel of record at Paul Hastings LLP. I respectfully request that my name and email address be removed from the official docket.

Dated: June 22, 2020.

Respectfully Submitted,

By: _____
Caitlin D. Brown
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
Phone: (212) 318-6000
Fax: (212) 319-4090
caitlinbrown@paulhastings.com

**SO ORDERED.**

Dated: 6/22, 2020

**SO ORDERED.**

_____
CATHY SEIBEL, U.S.D.J.

LEGAL_US_E # 148973982.1

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that, on the 22nd day of June, 2020, she caused a true and correct copy of the attached NOTICE OF WITHDRAWAL OF CAITLIN D. BROWN AS COUNSEL OF RECORD AND [PROPOSED] ORDER to be served by ECF and first-class regular mail, upon Andrew Heyman, International Business Machines Corporation, 1 New Orchard Road, Armonk, New York 10504

Dated: New York, New York
       June 22, 2020

                                                Caitlin D. Brown