UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARY LIPSON,<br><br>      Plaintiff,<br><br>- against -<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>      Defendant. | No. 7:17-cv-04335-CS<br><br>**STIPULATION OF<br>VOLUNTARY DISMISSAL<br>PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs awarded to either party.

PAUL HASTINGS LLP

By: _/s/ Patrick W. Shea_
  Patrick W. Shea

200 Park Avenue
New York, New York 10166
Telephone: 1(212) 318-6000
Facsimile: 1(212) 319-4090
Email: patrickshea@paulhastings.com

*Attorneys for Defendant*
INTERNATIONAL BUSINESS
MACHINES CORPORATION

Dated: 6/29/2020

MICHAEL J. DERIENZO LLC

By: _/s/ Michael J. DeRienzo_
  Michael J. DeRienzo

535 Fifth Avenue. 4th Floor
New York, New York 10017
Telephone: (212) 209-0653
Facsimile: (929) 309-1826
Email: mjd@mjderienzo.com

*Attorneys for Plaintiff*
GARY LIPSON

Dated: 06/29/2020

The Clerk shall close the case.

SO ORDERED.

_/s/ Cathy Seibel_  6/30/20
CATHY SEIBEL, U.S.D.J.